**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CARMEN SERRANO,

                Plaintiff,                      18 **CIVIL** 11543 (GBD)(SLC)

        -against-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                          Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 29, 2021, having reviewed the Report, as well as Defendant's objections, the Report is adopted and the objections are overruled, but the Court has declined to refrain from ruling on Plaintiff's Appointments Clause challenge. Plaintiff's motion for judgment on the pleadings is GRANTED. Defendant's motion is DENIED. This matter is remanded for a new hearing before a different, properly appointed ALJ.

**Dated:**  New York, New York
           March 30, 2021

                                                **RUBY J. KRAJICK**
                                                **Clerk of Court**
                    **BY:**
                                                K. Mango
                                                **Deputy Clerk**